# THE SCHIANO LAW OFFICE
A PROFESSIONAL CORPORATION

Suite 315, Wilder Building • One East Main Street • Rochester, New York 14614
Telephone (585) 546-7150 • Fax (585) 546-3514

MICHAEL P. SCHIANO
CHRISTOPHER A. SCHIANO

OF COUNSEL
CHARLES A. SCHIANO, SR.

March 22, 2022

Hon. Elizabeth A. Wolford
United States District Court Judge
100 State Street
Rochester, New York 14614

      Re:    **United States v. Jaime Fontanez**
              **Docket #6:15-cr-06041-001**

Dear Judge Wolford:

Mr. Fontanez was sentenced before Your Honor in 2015. He was sentenced to a term of imprisonment and supervised release. Mr. Fontanez served his term of imprisonment and is now on supervised release.

Mr. Fontanez has completed programs at Huther Doyle and completed Mental Health Treatment at FLACRA, located at 339 East Avenue, #303, Rochester, NY 14604. He remains drug free and has been employed in the home healthcare field since October 11, 2018.

We are respectfully requesting your consideration for release from supervised probation based upon the accomplishments of Mr. Fontanez.

Thank you for your consideration.

Very truly yours,

Michael P. Schiano

MPS:srt

cc:    Lexi LaTona, Probation Officer
       100 State Street, Room 1200
       Rochester, NY 14614

THE SCHIANO LAW OFFICE
A PROFESSIONAL CORPORATION

Suite 315, Wilder Building
One East Main Street
Rochester, New York 14614



Hon. Elizabeth A. Wolford
United States District Court Judge
100 State Street
Rochester, New York 14614

