*UNITED STATES PROBATION*
*AND PRETRIAL SERVICE*

# MEMORANDUM

**DATE:** April 11, 2022

**TO:** Honorable Elizabeth A. Wolford
Chief U.S. District Court Judge

**FROM:** Lexi G. Latona  LGL
U.S. Probation Technician

**SUBJECT:** United States of America v. Jaime Fontanez
Case Number: 6:15-CR-06041-001
Request for Early Termination of Supervised Release

This memorandum is in response to the letter submitted to Your Honor by the defendant requesting early termination of his supervised release.

On August 11, 2015, Jaime Fontanez was found guilty of Count 1 of Conspiracy to Possess with Intent to Distribute, and to Distribute 500 Grams or More of Cocaine (Title 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841 (b)(1)(B), 21 U.S.C. § 846) and sentenced to sixty-three (63) months incarceration, as well as five (5) years of supervised release. Special conditions imposed by the Court at the time of sentencing included drug testing/treatment, a mental health evaluation, submit to search, and abstinence from alcohol. The Court further imposed a $100.00 Special Assessment fee, as well as a $500.00 fine. Absent any non-compliance, Mr. Fontanez is scheduled to complete his term of supervised release on November 14, 2023.

Since November 2018, there has been no known noncompliance of Mr. Fontanez's supervision conditions. The defendant has maintained employment and satisfied his mental health treatment condition on January 20, 2020. All tests have been negative for controlled substances throughout the duration of his supervised release. The $100.00 Special Assessment fee was paid by the defendant on September 12, 2016, and the $500.00 fine was paid on September, 18, 2020.

As set forth in the Guide to Judiciary Policy: Part E, Chapter 3, subsection 360.20 and in Chapter 18 United States Code section 3564(c) and 3583(e)(1), an individual convicted of a felony, who has completed one year of supervision, has substantially satisfied the requirements of the court and has demonstrated a willingness and capability to remain lawful beyond the period of supervision, shall be considered for early termination of supervision. At this time, the defendant has only completed slightly more than half of his term of supervised release. Therefore, our office is opposed to the defendant's request for early termination of his supervised release.

The United States Attorney's Office in the Western District of New York was contacted and Robert Marangola, Assistant United States Attorney assigned to the case, was opposed to the defendant's request for early termination.

Should Your Honor determine that Mr. Fontanez's compliance with his conditions of supervised release warrant an early termination, an order will be prepared and provided to the Court.

Respectfully submitted,

*[signature: Lexi Latona]*

Lexi G. Latona
U.S. Probation Technician

Reviewed and Approved:

*[signature]*

Roosevelt Smith, Jr.
Supervising U.S. Probation Officer

---

The Court Orders:

[ ] The Court approves of the defendants request for early termination of his supervised release and requests an order be prepared for the Court discharging the defendant from supervised release and terminating the proceedings in this case.

[ ] The Court denies the defendants request for early termination of his supervised release.

[ ] Other _____

_____
Signature of Judicial Officer

_____
Date